**DENIED and Opinion Filed July 27, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00727-CV

## IN RE EBBY WADE, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 073026**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Breedlove

Before the Court is relator's July 25, 2023 petition for writ of mandamus.

Relator asks this Court to compel the trial court to rule on several pro se motions

relator has filed in the trial court as well as any future motions he files.

Relator's petition does not comply with the Texas Rules of Appellate

Procedure in numerous respects. *See* TEX. R. APP. P. 52.1, 52.3(a)–(c), (d)(1)–(3),

(f)–(h), (j), (k)(1)(A), 52.7(a)(1). Among other defects, the petition is not certified,

*see* TEX. R. APP. P. 52.3(j), and the petition is not supported by a sufficient record or

appendix, *see* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). Thus, relator's petition does

not meet the requirements of the Texas Rules of Appellate Procedure for

consideration of mandamus relief. *See In re Jones*, No. 05-23-00492-CV, No. 05-23-00493-CV, 2023 WL 4101440, at *1 (Tex. App.—Dallas June 21, 2023, orig. proceeding) (mem. op.); *see also In re Salinas*, No. 05-23-00544-CV, No. 05-23-00545-CV, 2023 WL 4101439, at *1 (Tex. App.—Dallas June 21, 2023, orig. proceeding) (mem. op.).

Accordingly, we deny relator's petition for writ of mandamus.

230727f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE